JESSE FROEHLICH, Respondent, v. GEORGE MacDONALD, Appellant.— Order

entered March 27, 1931, reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Craig* v. *City of New York* (228 App. Div. 275) and *Goldstein* v. *Langenieux* (230 id. 445). Order entered April 9, 1931, affirmed. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.